UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK OF COURT

500 POYDRAS ST., RM. C-151
NEW ORLEANS, LA 70130

March 23, 2017

Georgia M. Smith
21286 Ellis Brumfield Road
Kentwood, LA   70444

RE:   Criminal Action No. 02-131 A
      United States of America –vs- Eric Smith

Dear Ms. Smith:

Enclosed please find certified true copies of the following documents that were originally mailed to you on July 21, 2003:

1. One (1) Certified Copy of Collateral Mortgage in the amount of $25,000.00 executed by Georgia M. Smith dated May 30, 2002.

2. One (1) Collateral Mortgage Note in the amount of $25,000 executed by Georgia M. Smith dated May 30, 2002.

The original documents were cancelled by the Clerk's office on July 18, 2003 and mailed to you. Please take these certified copies to the mortgage office of the Parish of Tangipahoa so they could be re-registered.

Please sign below that you have received these certified copies and return letter in the enclosed envelope.

Sincerely,
WILLIAM W. BLEVINS

Marion K. Barbir
Financial Clerk

/mkb

Received by: _Georgia M. Smith_   Date: _3-27-17_

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____


s/Debi Travis
CLERK OF COURT

| | |
|---|---|
| COLLATERAL MORTGAGE | UNITED STATES OF AMERICA |
| BY: GEORGIA MAE SMITH | STATE OF LOUISIANA |
| TO: UNITED STATES OF AMERICA | PARISH OF ORLEANS |

BE IT KNOWN, that on this 30TH day of May, 2002;

BEFORE ME, Harry J. Boyer, Jr., a Notary Public, duly commissioned, qualified and sworn, within and for the Parish of Orleans, State of Louisiana, therein residing, and in the presence of the witnesses hereinafter named and undersigned, personally came and appeared:

### GEORGIA MAE SMITH

Person of the full age of majority and resident of the Parish of Tangipahoa, State of Louisiana, who, after having been first duly sworn did depose and say that she has been married but once and then to Lionel Miller from whom she was divorced by Judgment issued in the 21st Judicial District Court for the Parish of Tangipahoa in case number 99-01008 and is currently residing at:

21286 Ellis Brumfield Road, Kentwood, Louisiana 70444.

AND WHO FURTHER declared and acknowledged that she is indebted to the United States of America in the sum of TWENTY-FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS, which indebtedness is evidenced by her note dated the 30TH day of May, 2002, paraphed "Ne Varietur" by me, Notary, for identification with this act, which note is due upon demand.

To secure to the United States payment of the indebtedness evidenced by the note and the performance of the convenants and agreements herein contained, Georgia Mae Smith


EXHIBIT 2

Instr# 610227
Filed Tangipahoa Parish
Date: 05/31/02  Time: 8:34 AM
Conv Book ____ Folio ____
Mtg Book 033 Folio 607

does hereby mortgage and hypothecate to the United States of America the following described property located in the Parish of Tangipahoa, State of Louisiana:

> Forty (40) Acres, more or less, being the Northeast Quarter of the Southwest Quarter (NE ¼ of SW ¼) of Section 11, Township 1 South, Range 8 East (T 1 S R 8 E) Tangipahoa Parish, Louisiana, being the same property acquired by LeRoy Brumfield from Mrs. Hazel M. Cornwell in COB 169, page 389 of the records of Tangipahoa Parish, LESS AND EXCEPT, Thirteen (13) acres, more or less, previously sold to other purchasers by Ellis and Lucille Hayes Brumfield.

Mortgagor declared that she is lawfully seized of the estate hereby mortgaged and has the right to mortgage and hypothecate the property. Mortgagor declared that she will not in any manner dispose of, further encumber or engage in any activity which will result in the diminution of the value of the property which is the subject of this mortgage.

Mortgagor hereby waives any homestead exemption applicable to the property which is the subject of this mortgage.

Mortgagor hereby confesses judgment in favor of the United States of America in the full amount of the sum secured by this mortgage.

THUS DONE, SIGNED AND PASSED, on the 30th day of May, 2002, before me, the undersigned Notary Public qualified in the State of Louisiana, and in the presence of the undersigned competent witnesses who have signed with mortgagor and me, Notary, after

full reading of the same.

WITNESSES:                                   MORTGAGOR:


*Angela Parrino*                             *Georgia Mae Smith*
                                             GEORGIA MAE SMITH


                                             *[signature]*
                                             NOTARY PUBLIC

**CLERK'S OFFICE
A TRUE COPY**

MAR 2 3 2017

*[signature]*

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

**CANCELLED**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
PER ORDER OF COURT

DATED  7-18-03

*Lee Navarre*
LEE NAVARRE, DEPUTY CLERK



CLERK'S OFFICE
A TRUE COPY

[date stamp] 21 2003

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

3

STATE OF LOUISIANA  AMITE, LOUISIANA
PARISH OF TANGIPAHOA  MAY 31 2002

I  s/Debi Travis  do hereby certify
that this document is a true and correct copy of the
original thereof, consisting of ___ page(s) being a
reproduction thereof from the records on file with
the undersigned, in accordance with Louisiana
Revised Statutes, Title 35, Section 3753

*[signature]*
DEPUTY CLERK

## PROMISSORY NOTE

$25,000.00                                                                New Orleans, Louisiana

                                                                          May 30, 2002

    I, Georgia Mae Smith, does promise to pay on demand to the **United States of America**, and any and all future holder(s), the full sum of **$25,000.00**, together with interest at the rate of zero (0%) percent per annum, and, in the event that this note shall not be paid at maturity, an additional twenty-five (25%) attorney's fees.

    Maker hereby waive presentment for payment, demand, notice of non-payment, protest, and all please of division and discussion and agree that the payment hereof may be extended from time to time, one or more times without notice, hereby binding herself unconditionally and as original promisor, for the payment hereof, in principle, interest, costs, and attorneys fees.

*(signature)*
GEORGIA MAE SMITH

"Ne Varietur"
In conformity with an act of
Collateral mortgage passed before me
of even date herewith.

*(signature)*
NOTARY PUBLIC



CLERK'S OFFICE
A TRUE COPY
MAR 2 3 2017
*(signature)*
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

CANCELLED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
PER ORDER OF COURT
DATED 7-18-03
*(signature)* Lee Navarre
LEE NAVARRE, DEPUTY CLERK

CLERK'S OFFICE
*(illegible stamp)*
JUN 2 1 2005
*(signature)*
*(U.S. District Court)*
*(Eastern District of Louisiana)*
New Orleans, LA

EXHIBIT 3

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**LORETTA G. WHYTE**
**CLERK**

500 CAMP ST., ROOM C-151
NEW ORLEANS, LA 70130

July 21, 2003

**CERTIFIED MAIL**

Georgia M. Smith
21286 Ellis Brumfield Road
Kentwood LA 70444

RE: Criminal Action No: 02-131 A

United States of America -vs- Eric Smith

Dear Ms. Smith:

Pursuant to the ORDER of this court dated May 24, 2003, I am enclosing herewith the following documents.

1. One (1) Certified Copy of Collateral Mortgage in the amount of $25,000.00 executed by Georgia M. Smith dated May 30, 2002.

2. One (1) Collateral Mortgage Note in the amount of $25,000.00 executed by Georgia M. Smith dated May 30, 2002.

These documents have been cancelled by the Clerk's office but still need to be brought to the _____ Tangipahoa Parish/County so they can be re-registered.

Please acknowledge receipt of these documents by signing and returning the enclosed copy of [this letter].

Sincerely,
LORETTA G. WHYTE, CLERK

Kristina Haley

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Georgia M. Smith
Street, Apt. No.; or PO Box No.: 21286 Ellis Brumfield Road
City, State, ZIP+4: Kentwood LA 70444

7003 0860 0006 2505 7657

mtg.wpt: Letter- Return of Mortgage

CASE:      2:02-cr-00131
DOCUMENT:  34
DATE:      07/21/03

CLERK:     gw

Notices sent to:

Matthew Coman  by fax to  504-589-4013
Marion Floyd   by fax to  504-467-3020
Harry Boyer Jr. by fax to  504-282-8685
Gary Schwabe Jr. by mail.
PRETRIAL SERVICES  by fax to  504-589-7917
U.S. MARSHAL  by mail.
 PROBATION  by mail.

Document scanned by: _____